# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL ANGEL RAMIREZ,
Appellant,
vs.
THE STATE OF NEVADA BOARD OF
PAROLE; AND THE STATE OF
NEVADA,
Respondents.

No. 78612

FILED

MAY 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a motion to modify and/or correct an illegal sentence.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the motion when appellant filed his appeal on April 15, 2019. Rather, the district court vacated the hearing and reassigned the underlying matter to another department. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.                    _____, J.
Parraguirre                                                              Cadish

---

[1]Given this order, this court takes no action on the pro se documents filed on April 22, 2019.

19- 20022

cc: Hon. Kathleen E. Delaney, District Judge
Hon. Joseph Hardy, Jr., District Judge
Miguel Angel Ramirez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk